An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL KAYLOR,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66691

**FILED**

OCT 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order of the district court affirming an appeal of a judgment of conviction that arose in the justice court. Ninth Judicial District Court, Douglas County; Nathan Tod Young, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-35479

cc:    Hon. Nathan Tod Young, District Judge
      Paul Kaylor
      Attorney General/Carson City
      Douglas County District Attorney/Minden
      Douglas County Clerk